UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dilenia Paguada,

             Plaintiff,

  –v–

Hella Basics, Inc.,

             Defendant.

21-cv-3475 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Defendant's failure to answer or appear and the certificate of default obtained by the Plaintiff, the initial pretrial conference scheduled for August 13, 2021, is adjourned sine die. The Plaintiff shall move for default judgment by September 3, 2021.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                     ALISON J. NATHAN
                                   United States District Judge