UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dilenia Paguada,

                Plaintiff,

      –v–

Hella Basics, Inc.,

                Defendant.

21-cv-3475 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On July 30, 2021, the Court ordered Plaintiff to move for default judgment by September 3, 2021. The Court has not received Plaintiff's motion. If Plaintiff intends to move for default judgment, he shall do so by September 15, 2021. Plaintiff's failure to act by that date may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

      SO ORDERED.

Dated: September 9, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge