**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>
DILENIA PAGUADA**,** on behalf of herself
and all other similarly situated,

                      **Plaintiffs,**        NOTICE OF MOTION FOR ENTRY
                                            OF DEFAULT JUDGMENT
                                            PURSUANT TO FRCP 55(b)(2) AND
                                            INJUNCTIVE RELIEF

                                            1:21-cv-03475-AJN

HELLA BASICS, INC.,

                      **Defendant,**
_____

      PLEASE TAKE NOTICE, that Plaintiff, DILENIA PAGUADA, shall move this Court, at a date and time to be set by this Honorable Court, for the entry of judgment by default, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), and Local Rule 55.2(b), against Defendant, HELLA BASICS, INC., and for any other relief that this Honorable Court may deem just and proper. The reasons supporting the Plaintiff's request for entry of judgment by default are set forth within the attached Affirmation of Mars Khaimov, Esq., along with sufficient facts, the attached Certificate of Default dated July 14, 2021 (Ex. C), and other documents appearing in the Court's file and upon such evidence, oral or documentary, as may be presented prior to or at the hearing upon this motion.

                                            By: <u>*/s/ Mars Khaimov*</u>
                                            Mars Khaimov, Esq.
                                            marskhaimovlaw@gmail.com
                                            10826 64th Avenue, Second Floor
                                            Forest Hills, New York 11375
                                            Tel: (929) 324-0717