USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DILENIA PAGUADA,

         Plaintiff,         **21-CV-3475 (AJN) (KHP)**

   -against-                **ORDER**

HELLA BASICS, INC.,

         Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

  This case has been referred to me to decide a dispositive motion requiring a report and recommendation for an inquest of damages. (ECF No. 17.) By **November 8, 2021**, Plaintiff shall file any additional papers he wishes to file in support of his motion for damages including, to the extent he seeks attorneys' fees and costs, contemporaneous time records and receipts introduced via an attorney declaration and a memorandum of law.

  By no later than **November 8, 2021**, Plaintiff shall serve a copy of its Motion for Default Judgment and all supporting papers, along with a copy of this Order, via a method intended to ensure delivery to Defendant (including service at Defendant's principal place of business). Plaintiff shall file an affidavit of service of all papers with the Court.

  Defendant shall have until **December 8, 2021** to object or otherwise respond to Plaintiff's Motion for a Default Judgment and application for damages. Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **January 11, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:    New York, New York
          October 7, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge