USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DILENIA PAGUADA,

                                           Plaintiff,

                  -against-

HELLA BASICS, INC.,

                                           Defendant.

-----------------------------------------------------------------X

21-CV-3475 (AJN) (KHP)

**ORDER ADJOURNING INQUEST HEARING**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on November 8, 2021 (doc. no 19) the Inquest Hearing previously scheduled for **January 11, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
                November 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge